| Mod. Prob. 22 (Rev. 03/2010) | | DOCKET NUMBER: (Trans. Court) 1:09CR00003 - 001 | RECEIVED IN CLERK'S OFFICE |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER: (Rec. Court) 3:13-00166 | MAR 27 2012 U.S. DISTRICT COURT MID. DIST. TENN. |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Jerome D. Spivey 330 Muddy Branch Lane Crossville, TN 38571 | Western Kentucky | Bowling Green | |
| | NAME OF SENTENCING JUDGE Thomas B. Russell, Senior Judge, U.S. District Court | | |
| | DATES OF SUPERVISED RELEASE | FROM 7/6/2011 | TO 7/5/2013 |

OFFENSE:

Felon In Possession of a Firearm [18 USC 922(g)(1) and 18 USC 924(a)(2)]

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  WESTERN  DISTRICT OF  KENTUCKY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee - Cookeville upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3/21/12_
Date

_[signature]_
Thomas B. Russell, Senior Judge, U.S. District Court

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Middle District    OF    Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10/16/13_
Effective Date

_[signature]_
UNITED STATES DISTRICT JUDGE